## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 10, 2003, be, and the same is, affirmed without opinion.

*See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Alan C. Page
Associate Justice

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 17, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice

**Dale A. RUTER, Relator,**

v.

**Minnesota DEPARTMENT OF CORRECTIONS, Self–Insured, Respondent,**

and

**Minnesota Special Compensation Fund, Intervenor.**

No. C9–03–226.

Supreme Court of Minnesota.

April 29, 2003.

John E. Mack, Mack & Daby, P.A., New London, MN, for Relator.

Mike Hatch, Attorney General, State of Minnesota, Rory H. Foley, Assistant Attorney General, St. Paul, MN, for Respondents.

**Edwin A. LOWELL, Relator,**

v.

**LEE STAMPING and Chubb & Son, Respondents,**

and

**Lee Stamping and Federated Mutual Insurance Co., Respondents,**

and

**Special Compensation Fund.**

No. C9–03–212.

Supreme Court of Minnesota.

April 29, 2003.

David G. Johnson, Minneapolis, MN, for Edwin A. Lowell.

Howard Y. Held, Minneapolis, MN, for Lee Stamping, Inc.

Steven E. Sullivan, Fitch, Johnson, Larson, Walsh & Held, P.A., Minneapolis, MN, for Federated Mutual Insurance Company.